## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREN L. ZAVIAN, *individually and on behalf those similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>TRUEACCORD CORPORATION; CAVALRY SPV I, LLC; and JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No. 2:22-cv-02654-ES-JBC<br><br><br>**NOTICE OF<br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE** |

The undersigned, counsel for Plaintiff, represents that Defendants have not filed an answer or a motion for summary judgment; and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action with prejudice as to her individual claims and without prejudice as to the claims of the putative class, and without costs.

 

KIM LAW FIRM LLC
Attorneys for Plaintiff

*s/Yongmoon Kim*
DATED: August 22, 2022            Yongmoon Kim


SO ORDERED:

_____
DATED: August 23, 2022            Esther Salas, U.S.D.J.